## Zucco Realty Company Appeal.

Argued November 13, 1969.  *W. Louis Copper-smith*, with him *Margolis and Coppersmith*, for appellant; *Gilbert E. Caroff*, for appellee.

Order affirmed.

Montgomery, J., would affirm on the able opinion of Judge Alton A. McDonald.

February 13, 1970

## Commonwealth *v.* Brown, Appellant.

Submitted December 8, 1969. *Austin J. McGreal*, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Opinion Per Curiam: The judgment of sentence is reversed and a new trial is granted, in the interest of justice, the district attorney being in agreement.  See *Commonwealth v. Bostick*, 215 Pa. Superior Ct. 488, 258 A. 2d 872.